RECEIVED
IN MONROE, LA
JUN 1 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. A. No. 06-30042-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WENDY GAIL HAYMAN | MAG. JUDGE KAREN L. HAYES |

## WRITTEN REASONS FOR DEVIATION FROM THE SENTENCING GUIDELINES

After consideration of the Sentencing Guidelines and those factors set forth in 18 U.S.C. § 3553(a), the Court finds that the Guideline ranges do not reasonably address the real conduct of Defendant. The current recommended range of imprisonment is 18 to 24 months.

However, because of the unique circumstances in this case involving the insurance application and the crop loss, the Court finds that a lesser sentence of imprisonment is warranted. The Court will impose a sentence of 16 months imprisonment to more appropriately address the nature and circumstances of the offense and the history and characteristics of the Defendant. The Court further finds that this sentence reflects the seriousness of the offenses of mail fraud and

1

false statements, promotes respect for the law, but provides truly just punishment for the offenses.

For the record, the Court notes that, even if it had granted Defendant's original objections to the Presentence Report, Defendant's guideline range of imprisonment would have been 10 to 16 months. Additionally, the Court notes that Defendant will be required to pay the full amount of restitution of $302,072.00, as set forth in the Presentence Report.

MONROE, LOUISIANA, this 11th day of June, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE